UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS,<br><br>Plaintiffs,<br><br>-against-<br><br>PERIMETER PROTECTION, INC.,<br><br>Defendant. | Index No.: 08-CIV-2461 (SCR)<br><br>REQUEST FOR ENTRY OF DEFAULT JUDGMENT |

*[FILED STAMP: U.S. DISTRICT COURT FILED APR 18 2008 S.D. OF N.Y. W.P.]*

---

TO:   Clerk of the United States District Court for the
      Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant Perimeter Protection, Inc. having failed to appear or answer the summons and complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds, and against the Defendant Perimeter Protection, Inc. in the sum of $16,669.14, which includes principal, liquidated damages, interest, court costs, auditors' fees and attorneys' fees.

Dated: Elmsford, New York
       April 17, 2008

*[signature]*
Dana L. Henke, Esq. (DLH3025)
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515